

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-97-00967-CV

TEXAS GENERA INDEMNITY CO., Appellant

V.

CHARLES EISLER AND TEXAS WORKERS' COMPENSATION COMMISSION, Appellees

Appeal from the 122nd District Court of Galveston County.  (Tr. Ct. No. 94-CV-0977).

**TO THE 122ND DISTRICT COURT OF GALVESTON COUNTY, GREETINGS:**

Before this Court, on the 10th day of September 1998, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

This case is an appeal from the final judgment signed by the trial court on July 23, 1997.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.   Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that the appellant, TEXAS GENERAL INDEMNITY CO., and its surety, ST. PAUL FIRE & MARINE INSURANCE CO., jointly and severally, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered September 10, 1998.

Panel consists of Justices Mirabal, Hedges, and Andell. Opinion delivered by Justice Andell.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

March 9, 2015
Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

